U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 1 2 2008

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID HOLLIS | CIVIL ACTION NO. 06-1762-A |
| -vs- | JUDGE DRELL |
| CENTENNIAL COMMUNICATIONS CORP. d/b/a CENTENNIAL WIRELESS, et al. | MAGISTRATE JUDGE KIRK |

### RULING

In this matter we have before us a Motion for Summary Judgment filed by Defendants, Centennial Communications Corp., Centennial Hammond Cellular LLC, and Centennial Louisiana Holding Corp., to dismiss all of Plaintiff's claims. (Document No. 37.)[1] On July 9, 2007 upon request of Plaintiff, we granted an extension of time to file an opposition to the pending motion. (Document No. 43.) No opposition has been filed.

---

[1] Our observation of the docket sheet shows Terrence McCay, one of the attorneys representing the moving parties, is also listed as counsel for Centennial, Inc. Although the pleadings lead us to doubt Mr. McCay intended to appear for Centennial, Inc., the selections his office made when it electronically filed documents with this Court show he does represent that entity. This Ruling has no affect on Centennial, Inc., which is not a party to the motion currently before the Court.

Considering that the motion is well-supported with affidavits, and movers having shown there is no genuine issue of material fact and that they are entitled to judgment as a matter of law in accordance with Fed. R. Civ. P. 56(c) and Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986), we will GRANT the Motion for Summary Judgment. All of Plaintiff's claims against these Defendants will be dismissed with prejudice.

SIGNED on this 12th day of February, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE